UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NATHAN R. BARTLING,

      Plaintiff,

    vs.

ENTEGRIS, INC.,

      Defendant.

Case No. _____
Removed from the Circuit Court of Dane
County, Wisconsin, Case No. 2025-CV-
3980

---

**DEFENDANT'S NOTICE OF REMOVAL**

---

Defendant, Entegris, Inc. ("Defendant"), files this Notice of Removal in accordance with

28 U.S.C. §§ 1332, 1441, and 1446 and hereby removes this action from the Circuit Court of Dane

County, Wisconsin, to the United States District Court for the Western District of Wisconsin.  This

removal is based upon diversity jurisdiction under 28 U.S.C. § 1332.  In support of its Notice of

Removal, Defendant states as follows:

**I.**      **THE STATE COURT ACTION**

1.      On or about December 5, 2025, Plaintiff Nathan R. Bartling filed a Summons and

Complaint against Defendant in the Circuit Court of Dane County, Wisconsin, Case No.

2025CV003980, in the matter styled *Nathan A Bartling v. Entegris, Inc.* (the "State Court Action").

2.      Plaintiff did not formally serve a copy of the initial Summons and Complaint upon

the Defendant.

3.      Plaintiff's Complaint purports to assert causes of action against Defendant for

tortious interference with contract, abuse of process, and declaratory relief.

4.      On  March 16, 2026, the Plaintiff voluntarily dismissed his abuse of process claim.

**II.    REMOVAL IS TIMELY**

5.    On January 28, 2026, Plaintiff filed an Amended Complaint in the Circuit Court of Dane County, Wisconsin. A true and correct copy of the Summons and Amended Complaint is attached hereto as **Exhibit A**.

6.    On February 12, 2026, Defendant, through undersigned counsel, executed an Admission of Service, admitting service of the Summons and Amended Complaint. A true and correct copy of the Admission of Service is attached hereto as **Exhibit B**.

7.    This Notice of Removal is timely filed within thirty (30) days of Entegris's receipt of service of the Amended Complaint, as required by 28 U.S.C. § 1446(b).

8.    No other defendant has been served in this action.

**III.    VENUE**

9.    Because the Circuit Court of Dane County, Wisconsin, lies in the Western District of Wisconsin, this Court is the appropriate venue for removal.  *See* 28 U.S.C. §§ 130(a), 1391, 1441(a), and 1446(a).

**IV.    GROUNDS FOR REMOVAL**

10.    This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

**a.  Complete Diversity Exists Between the Parties**

11.    Defendant Entegris is a citizen of Delaware and Massachusetts. Entegris is a Delaware corporation with its principal place of business located in Billerica, Middlesex County, Massachusetts.

12.    Plaintiff Bartling is a citizen of Wisconsin. The Amended Complaint alleges that

2

"Nathan R, Bartling is an adult resident of Wisconsin and currently resides at 2329 Jeffy Trail, Madison, Dane County, WI 53719-5154."

13.    Because Entegris is a citizen of Delaware and Massachusetts, and Bartling is a citizen of Wisconsin, complete diversity of citizenship exists between the parties.

### b. Amount in Controversy Exceeds $75,000

14.    The Amended Complaint seeks compensatory damages, punitive damages, attorney's fees, and costs.

15.    Specifically, Plaintiff seeks:

- Compensatory damages "in an amount which will be determined at time of trial" for lost wages and benefits, damage to reputation, and emotional distress;

- Punitive damages;

- Attorney's fees and costs.

16.    Upon information and belief, the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon:

- Base salary of $154,463;

- Annual bonus under the SIP Hunter plan with a target of 30% of base salary ($46,339), with actual payouts ranging between 15% and 55% of base salary ($23,169 to $84,955);

- Awards of restricted stock units with vesting value.

17.    Based on the foregoing, Plaintiff's total annual compensation at Entegris was between approximately $177,632 (base salary plus minimum bonus) and $239,418 (base salary plus maximum bonus), exclusive of RSU awards and benefits.

18.    Based on Plaintiff's annual compensation of between $177,632 and $239,418, his claims for lost wages, emotional distress, reputational harm, punitive damages, and attorneys' fees,

the amount in controversy exceeds $75,000, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a).

## V.    COMPLIANCE WITH PROCEDURAL REQUIREMENTS

Removal is procedurally proper under 28 U.S.C. § 1446 for the following reasons:

15.    This Notice of Removal is timely filed within thirty (30) days of Entegris's receipt of the Amended Complaint through its execution of the Admission of Service on February 12, 2026. 28 U.S.C. § 1446(b)(1).

16.    A copy of all process, pleadings, and orders served upon Entegris in the state court action are attached as exhibits to this Notice of Removal. 28 U.S.C. § 1446(a).

17.    In accordance with 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Dane County, Wisconsin, and will simultaneously provide written notice of the filing of this Notice of Removal to Plaintiff as reflected by the Certificate of Service.

18.    No defendant in this action is a citizen of Wisconsin, the forum state, and therefore the forum-defendant rule does not bar removal. 28 U.S.C. § 1441(b)(2).

## VI.    CONSENT OF ALL DEFENDANTS

19.    Entegris is the only defendant named in this action. All defendants who have been properly joined and served consent to this removal. 28 U.S.C. § 1446(b)(2)(A).

**WHEREFORE**, having fulfilled all statutory requirements, Defendant removes the above captioned matter to this Court from the Circuit Court of Dane County, Wisconsin, and requests the Court to assume full jurisdiction over the matter as provided by law and to permit this action to proceed before it.

Respectfully submitted this 16th day of March, 2026.

ENTEGRIS, INC.

By:   */s/ John D Tripoli*
   One of Its Attorneys

J.D. Tripoli (SBN 11090023)
Develyn Mistriotti (SBN 1146300)
LITTLER MENDELSON, P.C.
800 E. Michigan St., Suite 900
Milwaukee, WI 53202
Telephone: 414.291.5539
Facsimile:  414.291.5526
jtripoli@littler.com
dmistriotti@littler.com

## CERTIFICATE OF SERVICE

I, J.D. Tripoli, an attorney, hereby certify that, on March 16, 2026, *Defendant's Notice of Removal* was electronically filed with the Clerk of Court for the Western District of Wisconsin using the CM/ECF system and was served via U.S. mail and email to Plaintiff Nathan R. Bartling, via his counsel, addressed as follows:

Nathan R. Bartling
c/o Attorney Nicole Marklein
West & Dunn, LLC
214 1st Street, Suite 200
Baraboo, WI 53913
nmarklein@westdunn.com

*/s/ John D. Tripoli*
John D. Tripoli